FILED
JUN 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO ANDRADE-ALVAREZ,<br><br>　　　　　Defendant. | Criminal Case No. 03CR1872-W<br><br>ORDER VACATING GUILTY PLEA, VACATING SENTENCING DATE AND JUDGMENT OF DISMISSAL |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the that the guilty plea of defendant Pedro Andrade-Alvarez for conspiracy to distribute to MDA, in violation of 21 U.S.C. §§ 841(a)(1) and 846 entered on July 3, 2003 be vacated.

IT IS FURTHER ORDERED that the information in the above-captioned matter be dismissed with prejudice.

IT FURTHER ORDERED that the sentencing hearing set for July 2, 2007 at 9:00 a.m. be vacated.

DATED: 6/27/07

HONORABLE THOMAS J. WHELAN
United States District Court Judge
Southern District of California